IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:02cv394-T |
| | ) | WO |
| CECIL RHODES | ) | |

**ORDER ON MOTION**

On June 17, 2004, movant Cecil Rhodes filed a pleading styled as a "*Motion to Dismiss Indictment*" (Doc. 15), which the court construes as a *motion to amend* Rhodes's 28 U.S.C. § 2255 motion. Upon consideration of the *motion to amend*, and for good cause, it is

ORDERED that this motion (Doc. 15) be and is hereby GRANTED.

DONE, this 19th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE